HAROLD STEPHENSON v. E. CALVIN NEUBERT, ETC.

November 15, 1988.

Petition for certification denied.

RITA WEISBRODT v. WILLIAM BURGEY, ET AL.

November 15, 1988.

Petition for certification denied.

IN THE MATTER OF DISTRICT 65 UAW, AFL–CIO AND
COUNTY OF CUMBERLAND, OFFICE OF AGING AND
EMILY BACON, ET AL.

November 15, 1988.

Petition for certification denied.

ARNOLD DERMAN v. JAY DREZNICK.

November 15, 1988.

Petition for certification denied.   (See 227 *N.J.Super.* 264)